UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MRS. CARIDAD ROSAS, Individually,  )<br>  )<br>             Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>NEW ALBERTSON'S INC., etc., *et al*.,  )<br>  )<br>             Defendant.  )  | 2:11-cv-1337-PMP-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 16, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __3d__ day of November, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge