JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: aicklen@lbbslaw.com
E-Mail: stitzer@lbbslaw.com
Attorneys for Defendant
NEW ALBERTSON'S INC. dba ALBERTSONS
(erroneously sued as ALBERTSON'S GROCERY STORE)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MRS. CARIDAD ROSAS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ALBERTSON'S INC., a Nevada Foreign Corporation doing business as Albertson's Grocery Store; DOES 1 through 100: DOES 101 through 200; AND ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:11-cv-01337-PMP-RJJ |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through their counsel, that Plaintiff's Complaint be dismissed with prejudice, with each party to bear their own attorneys' fees and costs; and

/ / /
/ / /
/ / /
/ / /
/ / /

4817-9790-5168.1

**IT IS STIPULATED AND AGREED** that the trial date and all hearings set in this matter are hereby vacated.

DATED: September 19, 2012.

BERNSTEIN & POISSON

By _____
GLEN A. HOWARD
Nevada Bar No. 009065
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorneys for Plaintiff
MRS. CARIDAD ROSAS

DATED: September 20, 2012.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
NEW ALBERTSON'S, INC.

## ORDER

"IT IS SO ORDERED.

DATED: September 21, 2012

_____
UNITES STATES DISTRICT JUDGE

4817-9790-5168.1

2